**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RICHARD A. VAUGHN, SR., | : | |
| Petitioner | : | No. 1:25-cv-01675 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al., | : | |
| Respondents | : | |

**ORDER**

**AND NOW**, on this 24th day of February 2026, upon consideration of the amended

petition for a writ of habeas corpus under 28 U.S.C. § 2254 filed by pro se Petitioner Richard A.

Vaughn, Sr. ("Vaughn") (Doc. No. 13), and for the reasons stated in the accompanying

Memorandum, **IT IS ORDERED THAT**:

1.  Vaughn's amended petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 13) is **DISMISSED WITH PREJUDICE**;

2.  A certificate of appealability **SHALL NOT ISSUE**;

3.  The Clerk of Court is directed to **SEND** copies of this Order and the accompanying Memorandum to Vaughn, see R. 4, 28 U.S.C. foll. § 2254;

4.  The Clerk of Court **SHALL REFUND** the $5.00 fee Vaughn paid on December 8, 2025 (Doc. No. 14) because the Court had already granted him leave to proceed in forma pauperis (Doc. No. 11) and, as such, he did not need to remit the filing fee to proceed in this case; and

5.  The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania